IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| LOIS BLUE, | ) | |
|     Plaintiff, | ) | |
| | ) | 3:03-cv-505 |
| v. | ) | |
| | ) | Phillips |
| SECO ARCHITECTURAL SYSTEMS, INC., | ) | |
|     Defendant. | ) | |

## MEMORANDUM AND ORDER

On August 24, 2005, the court was informed that the parties have reached an agreement as to the disposition of this matter and that fashioning the language of the agreed order of dismissal is the only task remaining. Accordingly, the court finds that this case should be **ADMINISTRATIVELY CLOSED** for statistical purposes. **This does not represent a final adjudication but is an administrative convenience for the court.** Nothing contained in this order shall be considered a dismissal or disposition of this matter, and should further proceedings in it become necessary or desirable, the parties may initiate such in the same manner as if this order had not been entered.

            **ENTER:**

                          s/ Thomas W. Phillips
                          **UNITED STATES DISTRICT JUDGE**